UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN ULWICK )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>M/V BILLION TRADER, )<br>AMETHYST SHIPPING CO., INC., )<br>VICTORIA SHIP MANAGEMENT and )<br>SWISSMARINE SERVICES S.A. )<br>    Defendants. ) | | CIVIL ACTION NO. 1:14-cv-14207-IT |

**JOINT STIPULATION AS TO LIABILITY
AND FUTURE CASE MANAGEMENT**

The parties in this case stipulate and agree as follows:

1. At the trial of this matter, the defendants admit liability and agree not to contest liability or raise comparative negligence as a defense.

2. Defendants agree that the only remaining issue in this case is damages.

3. All Keeper of Record depositions as to damages only shall be completed on or before January 10, 2016.

4. Deposition of the plaintiff as to damages only shall be completed no later than January 30, 2016.

5. IME of the plaintiff shall be completed no later January 30, 2016.

6. Expert disclosures by plaintiff and defendants, and the information contemplated by Fed. R. Civ. P. 26(a)(2) will be disclosed on or before February 28, 2016.

2

7. Status conference to be held on March 3, 2016.

| | |
|---|---|
| /s/ Brian Kydd | /s/ Thomas M. Bond |
| Brian Kydd, Esq. | Thomas M. Bond, Esq., |
| Kneeland & Kydd | THE KAPLAN/BOND GROUP |
| Ten Post Office Square, Suite 801 | 88 Black Falcon Avenue, Suite 301 |
| Boston, MA 02109 | Boston, MA 02210 |
| (781) 523-5110 | (617) 261-0080 |
| BBO #556430 | BBO #546649 |
| Bkydd@kneelandkydd.com | tbond@kaplanbond.com |

I certify that a true copy of the above document was served upon each attorney of record by ECF on 12/23/15.

/s/ Thomas M. Bond